| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 23-11148 / CMG**

Peter Geedman

Petition Filed Date: 02/11/2023
341 Hearing Date: 03/09/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/03/2023 | $150.00 | 90334090 | 03/10/2023 | $150.00 | 90484000 | | | |

**Total Receipts for the Period: $300.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Peter Geedman | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | FRANK J FISCHER, ESQ<br>»» AMENDED DISCLOSURE 2/14/23 | Attorney Fees<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/1080 LIZZIES COURT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $844.30 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $905.38 | $0.00 | $0.00 |
| 4 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $2,470.03 | $0.00 | $0.00 |
| 5 | SANTANDER CONSUMER USA INC<br>»» 2013 CHEVROLET CRUZE | Debt Secured by Vehicle | $641.59 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11148 / CMG**

| | | |
|---|---|---|
| **SUMMARY** | | |
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | |
| Total Receipts: $300.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: $0.00 | Current Monthly Payment: $300.00 | |
| Paid to Trustee: $21.60 | Arrearages: $0.00 | |
| Funds on Hand: $278.40 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

