Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11148−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Geedman
   1080 Lizzies Ct
   Brick, NJ 08724−7172

Social Security No.:
   xxx−xx−3192

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           6/7/23
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 25, 2023
JAN: gan

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 23-11148-CMG

Peter Geedman      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Apr 25, 2023      Form ID: 132      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Peter Geedman, 1080 Lizzies Ct, Brick, NJ 08724-7172 |
| 519835530 | | Cmg Mortgage Inc, PO Box 77404, Ewing, NJ 08628-6404 |
| 519835534 | | Executive Credit Manag, 4 Waterloo Rd, Stanhope, NJ 07874-2653 |
| 519835536 | | Lvnv Funding LLC, Greenville, SC 29601 |
| 519835538 | | Netcredit/Republic Ban, 175 W Jackson Blvd, Chicago, IL 60604-2615 |
| 519896095 | + | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519843915 | | U S Attorney General, Peter Rodino Fed Bldg, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 519835547 | | US attorney General, Peter Rodino Fed Bld, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 519872911 | ++ | ZENRESOLVE LLC, JEFF BRONSON, 2770 MISSION RANCHERIA RD #315, LAKEPORT CA 95453-9612 address filed with court:, Makwa Finance in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 25 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 25 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519835525 | | Email/Text: backoffice@affirm.com | Apr 25 2023 20:52:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519835526 | | Email/Text: bk@avant.com | Apr 25 2023 20:52:00 | Avant LLC/Web Bank, 222 N La Salle St, Chicago, IL 60601-1003 |
| 519885362 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 25 2023 20:52:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519840791 | + | Email/Text: BKPT@cfna.com | Apr 25 2023 20:51:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 519835527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2023 20:53:33 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519863821 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 25 2023 20:53:44 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835528 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2023 20:53:46 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519835531 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 25 2023 20:52:00 | Comenitycapital/biglot, PO Box 182120, Columbus, OH 43218-2120 |
| 519835532 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 25 2023 20:52:00 | Comenitycb/modellsmvp, PO Box 182120, Columbus, OH 43218-2120 |
| 519835533 | | Email/Text: BKPT@cfna.com | Apr 25 2023 20:51:00 | Credit First N A, PO Box 81315, Cleveland, OH |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 44181-0315 |
| 519835529 | | Email/Text: BNSFN@capitalsvcs.com | Apr 25 2023 20:51:00 | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 519835535 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2023 20:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519838321 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2023 20:53:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519835537 | | Email/Text: ml-ebn@missionlane.com | Apr 25 2023 20:51:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 519870078 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2023 20:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519862147 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2023 20:53:37 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519897813 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2023 20:53:37 | Portfolio Recovery Associates, LLC, c/o Wawa, POB 41067, Norfolk VA 23541 |
| 519883703 | | Email/Text: bnc-quantum@quantum3group.com | Apr 25 2023 20:52:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519841456 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 25 2023 20:52:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519835540 | | Email/Text: bankruptcy@springoakscapital.com | Apr 25 2023 20:51:00 | Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 519835539 | | Email/Text: enotifications@santanderconsumerusa.com | Apr 25 2023 20:52:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519843913 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 25 2023 20:53:37 | Sec of Housing & Urban Development, 451 Seventh street SW, Washington DC 20410-0002 |
| 519885114 | | Email/Text: bankruptcy@springoakscapital.com | Apr 25 2023 20:51:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519835541 | | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2023 20:53:27 | Syncb/Car Care Mavis T, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519835544 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2023 20:53:33 | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519835542 | | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2023 20:53:28 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519835543 | | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2023 20:53:33 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519835565 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2023 20:53:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519835545 | | Email/Text: bncmail@w-legal.com | Apr 25 2023 20:52:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519835546 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2023 20:53:30 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519843914 | ^ | MEBN | Apr 25 2023 20:46:15 | U S Attorney General, U S Dept of Justice, 950 Pennsylvania Ave NW, Washington DC 20530-0009 |
| 519836075 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 25 2023 20:53:37 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519835548 | | Email/Text: bankruptcynotices@vivecard.com | Apr 25 2023 20:51:00 | Vive Financal, 380 W Data Dr, Draper, UT 84020-2308 |
| 519872911 | | Email/Text: ZenResolve@ebn.phinsolutions.com | | |

|  |  |  |
|---|---|---|
|  | Apr 25 2023 20:52:00 | Makwa Finance in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J. Fischer | on behalf of Debtor Peter Geedman rugger52@aol.com btassillo@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4