UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By:  Denise Carlon Esquire
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
201-549-2363
Attorneys for Secured Creditor: CMG
Mortgage, Inc.

In Re:
Peter Geedman
        Debtor

Case No:    <u>23-11148 CMG</u>

Chapter:    <u>13</u>

Judge:    <u>Christine M. Gravelle</u>

## CERTIFICATION OF SERVICE

1.  I, Mandy David:

☐ Represent the _____ in the above-captioned matter.

☒  am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.  On 05/25/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Amended Proof of Claim
- Motion Requesting Redaction of Personal Identifiers
- Certification of Service

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 05/31/2023       /S/  Mandy David

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Peter Geedman<br>1080 Lizzies Court<br>Brick, NJ 08724 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Frank J. Fischer Esq.<br>25 Abe Voorhees Drive (VIA ECF)<br>Manasquan, NJ 08736 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |