UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CMG Mortgage, Inc.

**Order Filed on July 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Peter Geedman

Debtor(s).

Case No.: 23-11148 CMG

Adv. No.:

Hearing Date: 7/5/2023 at 9:00AM

Judge: Christine M. Gravelle

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 5, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtors:  Peter Geedman
Case No:  23-11148 CMG
Caption of Order:  ORDER DIRECTION REDACTION OF PERSONAL INFORMATION

_____

The court having reviewed the Motion Requesting Redaction of Personal Information filed in this case by CMG Mortgage, Inc., Denise Carlon, Esq. appearing, and regarding Proof of Claim, filed 4/7/2023 Claim #16,

It is **ORDERED, ADJUDGED and DECREED** that the above document (Proof of Claim, filed 4/7/2023 Claim #16) be immediately restricted from view on the Court's public docket; and

It is further **ORDERED, ADJUDGED and DECREED** that Movant has already filed a redacted version of the document according to applicable court rules; and

It is further **ORDERED, ADJUDGED and DECREED** that the movant shall serve this order on all affected parties not later than one day after its entry.