UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CMG Mortgage, Inc.

Order Filed on July 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-11148 CMG

Adv. No.:

Hearing Date: 7/5/2023 at 9:00AM

Judge: Christine M. Gravelle

In Re:
    Peter Geedman

Debtor(s).

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 5, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors: Peter Geedman
Case No: 23-11148 CMG
Caption of Order: ORDER DIRECTION REDACTION OF PERSONAL INFORMATION

_____

    The court having reviewed the Motion Requesting Redaction of Personal Information filed in this case by CMG Mortgage, Inc., Denise Carlon, Esq. appearing, and regarding Proof of Claim, filed 4/7/2023 Claim #16,

    It is **ORDERED, ADJUDGED and DECREED** that the above document (Proof of Claim, filed 4/7/2023 Claim #16) be immediately restricted from view on the Court's public docket; and

    It is further **ORDERED, ADJUDGED and DECREED** that Movant has already filed a redacted version of the document according to applicable court rules; and

    It is further **ORDERED, ADJUDGED and DECREED** that the movant shall serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11148-CMG |
| Peter Geedman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 05, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Peter Geedman, 1080 Lizzies Ct, Brick, NJ 08724-7172 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Frank J. Fischer | on behalf of Debtor Peter Geedman rugger52@aol.com  btassillo@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5