

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>CMG Mortgage, Inc. | Order Filed on August 14, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Peter Geedman<br><br>Debtor. | Case No.: 23-11148 CMG<br><br>Hearing Date:<br><br>Judge:  Christine M. Gravelle |

**CONSENT ORDER REGARDING APPLICATION OF PAYMENTS AND SECURED CREDITOR'S PROOF OF CLAIM**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 14, 2023**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtors: Peter Geedman
Case No: 23-11148 CMG
Caption of Order: CONSENT ORDER REGARDING APPLICATION OF PAYMENTS AND SECURED CREDITOR'S PROOF OF CLAIM

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, CMG Mortgage, Inc., Denise Carlon, Esq. appearing, upon a consent order regarding application of payments for real property located at 1080 Lizzies Court Brick, NJ, 08724, and this Court having considered the representations of attorneys for Secured Creditor and Frank J. Fischer, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Debtor will pay the arrearage portion of claim # 16 totaling $3,006.95 outside of the plan immediately; and

It is **ORDERED, ADJUDGED and DECREED** that said application of payment received March 27, 2023, can be applied to the pre-petition arrears and will not be deemed a violation of the automatic stay; and

It is **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim shall be treated outside the plan; and

It is **further ORDERED, ADJUDGED and DECREED** that said application of payments will not be deemed a violation of the automatic stay; and

It is **further ORDERED, ADJUDGED and DECREED** that the proof of claim will not be paid through Debtor's chapter 13 plan and will be treated as unaffected by debtor's plan; and

It is **further ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim; and

It is **further ORDERED, ADJUDGED and DECREED** that Debtor shall make regular monthly payments outside the plan as they become due; and

It is **further ORDERED, ADJUDGED and DECREED** that failure of the Debtor to remit timely payments per the terms of the note and mortgage, including pre-petition payments due, shall be grounds for a motion for relief from stay.

I hereby agree and consent to the above terms and conditions:   Dated:

/s/ Denise Carlon                                                7/10/2023
DENISE CARLON, ESQ.
ATTORNEY FOR SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:   Dated:

_____                                  8.2.2023
Frank Fisher, ESQ.
ATTORNEY FOR DEBTOR