UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CMG Mortgage, Inc.

In Re:
    Peter Geedman

Debtor.

Order Filed on August 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-11148 CMG

Hearing Date:

Judge: Christine M. Gravelle

**CONSENT ORDER REGARDING APPLICATION OF PAYMENTS AND SECURED CREDITOR'S PROOF OF CLAIM**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 14, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtors: Peter Geedman
Case No: 23-11148 CMG
Caption of Order: CONSENT ORDER REGARDING APPLICATION OF PAYMENTS AND SECURED CREDITOR'S PROOF OF CLAIM

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, CMG Mortgage, Inc., Denise Carlon, Esq. appearing, upon a consent order regarding application of payments for real property located at 1080 Lizzies Court Brick, NJ, 08724, and this Court having considered the representations of attorneys for Secured Creditor and Frank J. Fischer, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Debtor will pay the arrearage portion of claim # 16 totaling $3,006.95 outside of the plan immediately; and

It is **ORDERED, ADJUDGED and DECREED** that said application of payment received March 27, 2023, can be applied to the pre-petition arrears and will not be deemed a violation of the automatic stay; and

It is **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim shall be treated outside the plan; and

It is **further ORDERED, ADJUDGED and DECREED** that said application of payments will not be deemed a violation of the automatic stay; and

It is **further ORDERED, ADJUDGED and DECREED** that the proof of claim will not be paid through Debtor's chapter 13 plan and will be treated as unaffected by debtor's plan; and

It is **further ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim; and

It is **further ORDERED, ADJUDGED and DECREED** that Debtor shall make regular monthly payments outside the plan as they become due; and

It is **further ORDERED, ADJUDGED and DECREED** that failure of the Debtor to remit timely payments per the terms of the note and mortgage, including pre-petition payments due, shall be grounds for a motion for relief from stay.

I hereby agree and consent to the above terms and conditions:     Dated:

/s/ Denise Carlon                                                  7/10/2023
DENISE CARLON, ESQ.
ATTORNEY FOR SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:     Dated:

_[signature]_                                                      8.2.2023
Frank Fisher, ESQ.
ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11148-CMG |
| Peter Geedman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 14, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Peter Geedman, 1080 Lizzies Ct, Brick, NJ 08724-7172 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Frank J. Fischer | on behalf of Debtor Peter Geedman rugger52@aol.com  btassillo@aol.com;fischer.frankj.b127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5