Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−11148−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Peter Geedman
  1080 Lizzies Ct
  Brick, NJ 08724−7172

Social Security No.:
  xxx−xx−3192

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/25/2023 and a confirmation hearing on such Plan has been scheduled for 9/6/2023 at 10:00 AM.

The debtor filed a Modified Plan on 8/28/2023 and a confirmation hearing on the Modified Plan is scheduled for 10/4/2023 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 28, 2023
JAN: gan

Jeanne Naughton<br>Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Peter Geedman  
    Debtor

Case No. 23-11148-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 28, 2023      Form ID: 186      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Peter Geedman, 1080 Lizzies Ct, Brick, NJ 08724-7172 |
| 519835530 | Cmg Mortgage Inc, PO Box 77404, Ewing, NJ 08628-6404 |
| 519835534 | Executive Credit Manag, 4 Waterloo Rd, Stanhope, NJ 07874-2653 |
| 519835536 | Lvnv Funding LLC, Greenville, SC 29601 |
| 519843915 | U S Attorney General, Peter Rodino Fed Bldg, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 519835547 | US attorney General, Peter Rodino Fed Bld, 970 Broad St Ste 700, Newark, NJ 07102-2534 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2023 20:35:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 519835525 | | Email/Text: backoffice@affirm.com | Aug 28 2023 20:36:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519835526 | | Email/Text: bk@avant.com | Aug 28 2023 20:36:00 | Avant LLC/Web Bank, 222 N La Salle St, Chicago, IL 60601-1003 |
| 519885362 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 28 2023 20:35:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519840791 | + | Email/Text: BKPT@cfna.com | Aug 28 2023 20:35:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 519835527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 20:37:04 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519863821 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2023 20:48:08 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835528 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 20:37:32 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519835531 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2023 20:35:00 | Comenitycapital/biglot, PO Box 182120, Columbus, OH 43218-2120 |
| 519835532 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2023 20:35:00 | Comenitycb/modellsmvp, PO Box 182120, Columbus, OH 43218-2120 |
| 519835533 | | Email/Text: BKPT@cfna.com | Aug 28 2023 20:35:00 | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 519835529 | | Email/Text: BNSFN@capitalsvcs.com | | |

Case 23-11148-CMG   Doc 38   Filed 08/30/23   Entered 08/31/23 00:14:19   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: 186 | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| | | Aug 28 2023 20:35:00 | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 519838321 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 28 2023 20:48:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519835537 | Email/Text: ml-ebn@missionlane.com | | |
| | | Aug 28 2023 20:35:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 519870078 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Aug 28 2023 20:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519835538 | Email/Text: netcreditbnc@enova.com | | |
| | | Aug 28 2023 20:36:16 | Netcredit/Republic Ban, 175 W Jackson Blvd, Chicago, IL 60604-2615 |
| 519862147 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 28 2023 20:37:06 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519897813 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 28 2023 20:37:19 | Portfolio Recovery Associates, LLC, c/o Wawa, POB 41067, Norfolk VA 23541 |
| 519883703 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Aug 28 2023 20:35:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519841456 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Aug 28 2023 20:35:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519835540 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Aug 28 2023 20:35:00 | Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 519835539 | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Aug 28 2023 20:35:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519843913 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Aug 28 2023 20:37:29 | Sec of Housing & Urban Development, 451 Seventh street SW, Washington DC 20410-0002 |
| 519885114 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Aug 28 2023 20:35:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519835541 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 28 2023 20:37:17 | Syncb/Car Care Mavis T, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519835544 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Aug 28 2023 20:37:07 | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519835542 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 28 2023 20:37:21 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519835543 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 28 2023 20:37:19 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519896095 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Aug 28 2023 20:48:12 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835565 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 28 2023 20:37:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519835545 | Email/Text: bncmail@w-legal.com | | |
| | | Aug 28 2023 20:35:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519835546 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Aug 28 2023 20:37:23 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519843914 | ^ MEBN | | |
| | | Aug 28 2023 20:29:23 | U S Attorney General, U S Dept of Justice, 950 Pennsylvania Ave NW, Washington DC 20530-0009 |
| 519836075 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Aug 28 2023 20:37:29 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519835548 | Email/Text: bankruptcynotices@vivecard.com | | |
| | | Aug 28 2023 20:35:00 | Vive Financal, 380 W Data Dr, Draper, UT 84020-2308 |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Aug 28, 2023 | Form ID: 186 | Total Noticed: 44

| 519872911 | Email/Text: ZenResolve@ebn.phinsolutions.com | | |
| | | Aug 28 2023 20:35:00 | Makwa Finance in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519835535 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Frank J. Fischer | on behalf of Debtor Peter Geedman rugger52@aol.com btassillo@aol.com;fischer.frankj.b127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5