Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11148−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Geedman
   1080 Lizzies Ct
   Brick, NJ 08724−7172

Social Security No.:
   xxx−xx−3192

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/18/23
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 6, 2023
JAN: gan

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11148-CMG |
| Peter Geedman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 06, 2023 | Form ID: 132 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Peter Geedman, 1080 Lizzies Ct, Brick, NJ 08724-7172 |
| 519835530 | Cmg Mortgage Inc, PO Box 77404, Ewing, NJ 08628-6404 |
| 519835534 | Executive Credit Manag, 4 Waterloo Rd, Stanhope, NJ 07874-2653 |
| 519835536 | Lvnv Funding LLC, Greenville, SC 29601 |
| 519843915 | U S Attorney General, Peter Rodino Fed Bldg, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 519835547 | US attorney General, Peter Rodino Fed Bld, 970 Broad St Ste 700, Newark, NJ 07102-2534 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 06 2023 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 06 2023 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 06 2023 20:22:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 519835525 | | Email/Text: backoffice@affirm.com | Sep 06 2023 20:22:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519835526 | | Email/Text: bk@avant.com | Sep 06 2023 20:22:00 | Avant LLC/Web Bank, 222 N La Salle St, Chicago, IL 60601-1003 |
| 519885362 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 06 2023 20:22:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519840791 | + | Email/Text: BKPT@cfna.com | Sep 06 2023 20:21:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 519835527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2023 20:26:06 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519863821 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 06 2023 20:27:59 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835528 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2023 20:40:36 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519835531 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 06 2023 20:22:00 | Comenitycapital/biglot, PO Box 182120, Columbus, OH 43218-2120 |
| 519835532 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 06 2023 20:22:00 | Comenitycb/modellsmvp, PO Box 182120, Columbus, OH 43218-2120 |
| 519835533 | | Email/Text: BKPT@cfna.com | Sep 06 2023 20:21:00 | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 519835529 | | Email/Text: BNSFN@capitalsvcs.com | | |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 06 2023 20:22:00 | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 519838321 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2023 20:40:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519835537 | | Email/Text: ml-ebn@missionlane.com | Sep 06 2023 20:21:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 519870078 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 06 2023 20:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519835538 | | Email/Text: netcreditbnc@enova.com | Sep 06 2023 20:22:00 | Netcredit/Republic Ban, 175 W Jackson Blvd, Chicago, IL 60604-2615 |
| 519862147 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 06 2023 20:39:44 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519897813 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 06 2023 20:26:08 | Portfolio Recovery Associates, LLC, c/o Wawa, POB 41067, Norfolk VA 23541 |
| 519883703 | | Email/Text: bnc-quantum@quantum3group.com | Sep 06 2023 20:22:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519841456 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 06 2023 20:22:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519835540 | | Email/Text: bankruptcy@springoakscapital.com | Sep 06 2023 20:21:00 | Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 519835539 | | Email/Text: enotifications@santanderconsumerusa.com | Sep 06 2023 20:22:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519843913 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 06 2023 20:40:44 | Sec of Housing & Urban Development, 451 Seventh street SW, Washington DC 20410-0002 |
| 519885114 | | Email/Text: bankruptcy@springoakscapital.com | Sep 06 2023 20:21:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519835541 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2023 20:27:11 | Syncb/Car Care Mavis T, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519835544 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2023 20:27:56 | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519835542 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2023 20:26:09 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519835543 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2023 20:39:50 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519896095 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 06 2023 20:40:05 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835565 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2023 20:27:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519835545 | | Email/Text: bncmail@w-legal.com | Sep 06 2023 20:22:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519835546 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2023 20:41:30 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519843914 | ^ | MEBN | Sep 07 2023 10:33:59 | U S Attorney General, U S Dept of Justice, 950 Pennsylvania Ave NW, Washington DC 20530-0009 |
| 519836075 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 06 2023 20:40:44 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519835548 | | Email/Text: bankruptcynotices@vivecard.com | Sep 06 2023 20:21:00 | Vive Financal, 380 W Data Dr, Draper, UT 84020-2308 |

| 519872911 | Email/Text: ZenResolve@ebn.phinsolutions.com | | |
|---|---|---|---|
| | | Sep 06 2023 20:22:00 | Makwa Finance in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519835535 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Frank J. Fischer | on behalf of Debtor Peter Geedman rugger52@aol.com btassillo@aol.com;fischer.frankj.b127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5