Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11148−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Peter Geedman
  1080 Lizzies Ct
  Brick, NJ 08724−7172

Social Security No.:
  xxx−xx−3192

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/19/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 19, 2023
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | | |
|---|---|---|
| In re: | | Case No. 23-11148-CMG |
| Peter Geedman | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 19, 2023 | Form ID: 148 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Peter Geedman, 1080 Lizzies Ct, Brick, NJ 08724-7172 |
| 519835530 | Cmg Mortgage Inc, PO Box 77404, Ewing, NJ 08628-6404 |
| 519835534 | Executive Credit Manag, 4 Waterloo Rd, Stanhope, NJ 07874-2653 |
| 519835536 | Lvnv Funding LLC, Greenville, SC 29601 |
| 519843915 | U S Attorney General, Peter Rodino Fed Bldg, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 519835547 | US attorney General, Peter Rodino Fed Bld, 970 Broad St Ste 700, Newark, NJ 07102-2534 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Oct 20 2023 00:38:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 519835525 | | Email/Text: backoffice@affirm.com | Oct 19 2023 21:04:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519835526 | | Email/Text: bk@avant.com | Oct 19 2023 21:03:00 | Avant LLC/Web Bank, 222 N La Salle St, Chicago, IL 60601-1003 |
| 519885362 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 19 2023 21:02:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519840791 | + | EDI: CRFRSTNA.COM | Oct 20 2023 00:38:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 519835527 | | EDI: CAPITALONE.COM | Oct 20 2023 00:38:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519863821 | + | EDI: AIS.COM | Oct 20 2023 00:38:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835528 | | EDI: CITICORP.COM | Oct 20 2023 00:38:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519835531 | | EDI: WFNNB.COM | Oct 20 2023 00:38:00 | Comenitycapital/biglot, PO Box 182120, Columbus, OH 43218-2120 |
| 519835532 | | EDI: WFNNB.COM | Oct 20 2023 00:38:00 | Comenitycb/modellsmvp, PO Box 182120, Columbus, OH 43218-2120 |
| 519835533 | | EDI: CRFRSTNA.COM | Oct 20 2023 00:38:00 | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 519835529 | | Email/Text: BNSFN@capitalsvcs.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 19 2023 21:01:00 | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 519838321 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2023 21:10:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519835537 | | Email/Text: ml-ebn@missionlane.com | Oct 19 2023 21:00:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 519870078 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2023 21:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519835538 | | Email/Text: netcreditbnc@enova.com | Oct 19 2023 21:03:36 | Netcredit/Republic Ban, 175 W Jackson Blvd, Chicago, IL 60604-2615 |
| 519862147 | | EDI: PRA.COM | Oct 20 2023 00:38:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519897813 | | EDI: PRA.COM | Oct 20 2023 00:38:00 | Portfolio Recovery Associates, LLC, c/o Wawa, POB 41067, Norfolk VA 23541 |
| 519883703 | | EDI: Q3G.COM | Oct 20 2023 00:38:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519841456 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 19 2023 21:03:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519835540 | | Email/Text: bankruptcy@springoakscapital.com | Oct 19 2023 21:01:00 | Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 519835539 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 19 2023 21:03:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519843913 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 19 2023 20:59:41 | Sec of Housing & Urban Development, 451 Seventh street SW, Washington DC 20410-0002 |
| 519885114 | | Email/Text: bankruptcy@springoakscapital.com | Oct 19 2023 21:01:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519835541 | | EDI: RMSC.COM | Oct 20 2023 00:38:00 | Syncb/Car Care Mavis T, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519835544 | | EDI: CAPITALONE.COM | Oct 20 2023 00:38:00 | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519835542 | | EDI: RMSC.COM | Oct 20 2023 00:38:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519835543 | | EDI: RMSC.COM | Oct 20 2023 00:38:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519896095 | + | EDI: AIS.COM | Oct 20 2023 00:38:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835565 | + | EDI: RMSC.COM | Oct 20 2023 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519835545 | | EDI: WTRRNBANK.COM | Oct 20 2023 00:38:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519835546 | | EDI: CITICORP.COM | Oct 20 2023 00:38:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519843914 | ^ | MEBN | Oct 19 2023 20:52:03 | U S Attorney General, U S Dept of Justice, 950 Pennsylvania Ave NW, Washington DC 20530-0009 |
| 519836075 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 19 2023 20:59:41 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519835548 | | Email/Text: bankruptcynotices@vivecard.com | Oct 19 2023 21:01:00 | Vive Financal, 380 W Data Dr, Draper, UT 84020-2308 |

Case 23-11148-CMG    Doc 48    Filed 10/21/23    Entered 10/22/23 00:18:10    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 148 | Total Noticed: 44 |

| 519872911 | Email/Text: ZenResolve@ebn.phinsolutions.com | | |
|---|---|---|---|
| | | Oct 19 2023 21:02:00 | Makwa Finance in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519835535 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023             Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Frank J. Fischer | on behalf of Debtor Peter Geedman rugger52@aol.com btassillo@aol.com;fischer.frankj.b127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5